AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

)
)
Richard E. Koehler )
)
)
)
_____ )
*Plaintiff(s)* )
)
v. )      Civil Action No.
Rainer Blair, Matt McGrew, Emmanuel Ligner, Feroz Dewan, Linda )
Hefner Filler, Teri List, Walter G. Lohr Jr., Jessica L. Mega, Mitchell P. )
Rales, Steven M. Rales, Pardis C. Sabeti, A. Shane Sanders, John T. )
Schwieters, Alan G. Spoon, Raymond C. Stevens, Elias A. Zerhouni, )
Joakim Weidemanis, Daniel A. Raskas, Jennifer L. Honeycutt, and )
~~Danaher Corporation~~ )
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*