**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD E. KOEHLER, Derivatively on Behalf of Nominal Defendant DANAHER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RAINER M. BLAIR, MATT MCGREW, EMMANUEL LIGNER, FEROZ DEWAN, LINDA HEFNER FILLER, TERI LIST, WALTER G. LOHR, JR., JESSICA L. MEGA, MITCHELL P. RALES, STEVEN M. RALES, PARDIS C. SABETI, A. SHANE SANDERS, JOHN T. SCHWIETERS, ALAN G. SPOON, RAYMOND C. STEVENS, ELIAS A. ZERHOUNI, JOAKIM WEIDEMANIS, DANIEL A. RASKAS, and JENNIFER L. HONEYCUTT,<br><br>Defendants,<br><br>- and -<br><br>DANAHER CORPORATION,<br><br>Nominal Defendant. | **Case No. 1:26-cv-01566-AHA**<br><br>**Judge: Hon. Amir H. Ali** |

[*captions continue on following page*]

| | |
|---|---|
| MICHAEL BUSCH, Derivatively on Behalf of DANAHER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RAINER M. BLAIR, MATTHEW R. MCGREW, EMMANUEL LIGNER, FEROZ DEWAN, LINDA FILLER, TERI LIST, WALTER G. LOHR, JR., JESSICA L. MEGA, MITCHELL P. RALES, STEVEN M. RALES, PARDIS C. SABETI, A. SHANE SANDERS, JOHN T. SCHWIETERS, ALAN G. SPOON, RAYMOND C. STEVENS, ELIAS A. ZERHOUNI, JOAKIM WEIDEMANIS, JENNIFER L. HONEYCUTT, and DANIEL A. RASKAS,<br><br>Defendants,<br><br>- and -<br><br>DANAHER CORPORATION,<br><br>Nominal Defendant. | **Case No. 1:26-cv-02044-AHA**<br><br>**Judge: Hon. Amir H. Ali** |

**JOINT UNOPPOSED MOTION TO LIFT THE STAY IN THE *KOEHLER* ACTION, CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS, APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAY THE CONSOLIDATED ACTION**

This Joint Unopposed Motion is submitted by Plaintiffs Richard E. Koehler ("Koehler") and Michael Busch ("Busch") (together, "Plaintiffs"), Defendants Rainer M. Blair, Matt McGrew, Emmanuel Ligner, Feroz Dewan, Linda Hefner Filler, Teri List, Walter G. Lohr, Jr., Jessica L. Mega, Mitchell P. Rales, Steven M. Rales, Pardis C. Sabeti, A. Shane Sanders, John T. Schwieters, Alan G. Spoon, Raymond C. Stevens, Elias A. Zerhouni, Joakim Weidemanis, Daniel A. Raskas, and Jennifer L. Honeycutt (collectively, the "Individual Defendants"), and Nominal Defendant Danaher Corporation ("Danaher") (together with the Individual Defendants, "Defendants" and,

together with Plaintiffs, the "Parties"), by and through their counsel of record. In support of this motion (the "Motion"), the Parties state as follows:

**WHEREAS**, on May 7, 2026, Plaintiff Koehler filed a complaint under seal (the "*Koehler* Complaint") in the shareholder derivative action captioned *Koehler v. Blair, et al.*, Case No. 1:26-cv-01566-AHA (the "*Koehler* Action") asserting claims derivatively on behalf of Danaher against the Individual Defendants, for alleged breaches of fiduciary duties, unjust enrichment, and violations of Sections 10(b), 14(a), and 21D of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder;

**WHEREAS,** on May 20, 2026, Plaintiff Koehler filed a public redacted version of the *Koehler* Complaint (*Koehler* Action, ECF No. 5);

**WHEREAS**, on June 9, 2026, Plaintiff Busch filed public redacted and sealed versions of a complaint in the shareholder derivative action captioned *Busch v. Blair, et al.*, Case No. 1:26-cv-02044-AHA (the "*Busch* Action" and, together with the *Koehler* Action, the "Derivative Actions") asserting claims derivatively on behalf of Danaher against the Individual Defendants, for alleged breaches of fiduciary duties, unjust enrichment, insider trading, and violations of Sections 10(b) and 21D of the Exchange Act and Rule 10b-5 promulgated thereunder;

**WHEREAS**, a related putative securities class action, filed on July 17, 2023, captioned *Hawkins v. Danaher Corp.*, Case No. 1:23-cv-02055-AHA (D.D.C.) (the "Securities Class Action"), is currently pending in this Court against Danaher and certain Individual Defendants;

**WHEREAS**, on July 1, 2026, per a Joint Stipulation and Order to Stay the Action (*Koehler* Action, ECF No. 9), the Court entered a Minute Order staying the *Koehler* Action pending further order of the Court and directing the parties to file a joint status report within ten days of the Court's

ruling on the anticipated motion for final settlement approval in the Securities Class Action (the "Stay Order");

**WHEREAS**, the Parties agree that the Derivative Actions challenge substantially similar alleged conduct and involve similar questions of law and fact, and that the administration of justice and judicial economy would best be served by consolidating the Derivative Actions;

**WHEREAS**, the Parties agree that the Stay Order in the *Koehler* Action should be temporarily lifted for the sole and limited purpose of facilitating the consolidation of the Derivative Actions and the appointment of leadership for Plaintiffs and then staying the consolidated action;

**WHEREAS**, under Federal Rule of Civil Procedure 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

**WHEREAS,** the Parties agree that the Derivative Actions should be consolidated for all purposes into a single consolidated action (the "Consolidated Derivative Action") to avoid duplication of effort and potentially conflicting results, and to conserve party and judicial resources and promote judicial economy;

**WHEREAS**, in order to realize the efficiencies made possible by consolidation of the Derivative Actions, Plaintiffs agree that Rigrodsky Law, P.A. and Schubert Jonckheer & Kolbe LLP, the respective firm resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel for Plaintiffs in the Derivative Actions;[1]

**WHEREAS**, the underlying factual allegations in the Derivative Actions and the Securities Class Action are substantially similar;

---

[1] Defendants take no position on the appointment of Co-Lead Counsel for Plaintiffs.

**WHEREAS**, to promote the efficient and orderly administration of justice, the Parties agree that, following consolidation and subject to the Court's approval and based on the terms and conditions set forth below, the Stay Order in the *Koehler* Action should be reinstated and apply to the Consolidated Derivative Action;

**WHEREAS**, this Motion is not a waiver of any of the Parties' rights, remedies, claims, arguments, or defenses; and

**WHEREAS**, pursuant to Local Civil Rule 7(m), the Parties met and conferred in connection with the Motion and the relief requested herein, and determined that the Motion is unopposed.

**NOW THEREFORE**, the Parties respectfully request that the Court temporarily lift the stay in the *Koehler* Action, consolidate the Derivative Actions, appoint Co-Lead Counsel for Plaintiffs, and stay the Derivative Actions pursuant to the following terms:

1. The Stay in the *Koehler* Action is temporarily lifted for the sole and limited purpose of permitting the Parties to file, and the Court to rule on, this Motion.

2. Pursuant to Federal Rule of Civil Procedure 4(d), Defendants hereby waive service of the summons and Verified Stockholder Derivative Complaint in the *Busch* Action; however, Defendants do not waive and expressly reserve all other rights, claims, and defenses, including, but not limited to, all jurisdictional defenses.

3. The following actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Master Case No. 1:26-cv-01566-AHA, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure:

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Koehler v. Blair, et al.* | 1:26-cv-01566-AHA | May 7, 2026 |

| | | |
|---|---|---|
| *Busch v. Blair, et al.* | 1:26-cv-02044-AHA | June 9, 2026 |

4. Every pleading, motion, or other paper filed in the Consolidated Derivative Action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE DANAHER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Master Case No. 1:26-cv-01566-AHA<br><br>CONSOLIDATED |
| This Document Relates to:<br><br>ALL ACTIONS | |

5. All documents filed in connection with the Consolidated Derivative Action will be maintained in one file under Master Case No. 1:26-cv-01566-AHA. All papers and documents previously filed and/or served in the *Koehler* Action and *Busch* Action shall be deemed a part of the record in the Consolidated Derivative Action.

6. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Danaher Corporation Shareholder Derivative Litigation*, Master Case No. 1:26-cv-01566-AHA, is hereafter filed in the Court, removed to this Court, reassigned to the Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Danaher Corporation Shareholder Derivative Litigation*, Master Case No. 1:26-cv-01566-AHA, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms

of all orders, rulings, and decisions in the Consolidated Derivative Action shall apply to all later shareholder derivative actions arising out of the same, or substantially the same, transactions or events as the Derivative Actions filed in this Court.

7. Rigrodsky Law, P.A. and Schubert Jonckheer & Kolbe LLP are hereby appointed Co-Lead Counsel for Plaintiffs in the Consolidated Derivative Action. *See* Rigrodsky Law, P.A. firm resume (attached hereto as Exhibit A) and Schubert Jonckheer & Kolbe LLP firm resume (attached hereto as Exhibit B). Defendants take no position on the qualifications or appointment of Co-Lead Counsel for Plaintiffs.

8. Co-Lead Counsel shall represent Plaintiffs in the prosecution of the Consolidated Derivative Action, determine and present to the Court and opposing parties Plaintiffs' position on all matters arising during pre-trial negotiations, delegate and monitor the work performed by Plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of the Plaintiffs the initiation and conduct of discovery proceedings, have the authority to negotiate matters with Defendants' counsel, and perform such other duties as may be incidental to the proper coordination of Plaintiffs' pre-trial activities or authorized by further order of the Court. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs in the Consolidated Derivative Action.

9. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any Plaintiffs except through Co-Lead Counsel.

10. The terms of the June 4, 2026 Joint Stipulation and Order to Stay the Action filed in the *Koehler* Action (ECF No. 9) and the Stay Order shall apply in all respects to the Consolidated Derivative Action.

11. The Parties agree and acknowledge that they expressly reserve all jurisdictional challenges, arguments, defenses, and claims not yet asserted, including, but not limited to, *forum non conveniens*, improper venue, and any other procedural or substantive rights, challenges, arguments, defenses, and claims in the Consolidated Derivative Action.

Dated: July 14, 2026

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Donald J. Enright*
Donald J. Enright
1101 Vermont Ave., NW Suite 800
Washington, D.C. 20005
Telephone: (202) 524-4290
Email: denright@zlk.com

*Local Counsel for Plaintiff Koehler*

**THE KAPLAN LAW FIRM**

*/s/ Matthew B. Kaplan*
Matthew B. Kaplan (DC Bar ID 484760)
1100 N. Glebe Road, Suite 1010
Arlington, VA 22201
Telephone: (703) 665-9529
Email: mbkaplan@thekaplanlawfirm.com

*Local Counsel for Plaintiff Busch*

**RIGRODSKY LAW, P.A.**
Vincent A. Licata
Leah B. Wihtelin
225 Broadway, Suite 3707
New York, NY 10007
Telephone: (212) 201-7690
Email: vl@rl-legal.com
Email: lw@rl-legal.com

*Attorneys for Plaintiff Koehler and Proposed Co-Lead Counsel*

**SCHUBERT JONCKHEER & KOLBE LLP**
Dustin L. Schubert (*pro hac vice forthcoming*)
2001 Union St., Suite 200
San Francisco, CA 94123
Telephone: (415) 788-4220
Email: dschubert@sjk.law

*Attorneys for Plaintiff Busch and Proposed Co-Lead Counsel*

**GRABAR LAW OFFICE**
Joshua H. Grabar, Esq.
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085

*Of Counsel for Plaintiff Koehler*

**GIBSON, DUNN & CRUTCHER LLP**

*<u>/s/ Lissa M. Percopo</u>*
Jason J. Mendro
Lissa M. Percopo
1700 M. Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Email: jmendro@gibsondunn.com
Email: lpercopo@gibsondunn.com

Brian M. Lutz
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8200
Email: blutz@gibsondunn.com

*Counsel for Defendants*